**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV442-RLV-DSC**

| | |
|---|---|
| **JAMIE BONACA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| | ) |
| **METROTECH CHEMICALS, INC., et. al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Jennifer Kirk Dunlap]" (document #4) filed September 15, 2010. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: September 15, 2010

David S. Cayer
United States Magistrate Judge